STATE OF CONNECTICUT *v.* JOSEPH P. DIPAOLO

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 53 (AC 24288), is denied.

*Michael A. D'Onofrio*, special public defender, in support of the petition.

*Erik T. Lohr*, special deputy assistant state's attorney, in opposition.

Decided May 4, 2005

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 60 (AC 24319), is denied.